Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 2 2017

Caption:
USA
v.
Hamlet Peralta

Docket No.: 16 Cr. 354 (KBF)
Katherine B. Forrest
(District Court Judge)

Notice is hereby given that Hamlet Peralta appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 9/12/2017
(date)

This appeal concerns: Conviction only ☐   Sentence only ✓   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐ .

Offense occurred after November 1, 1987?   Yes ✓   No ☐   N/A ☐

Date of sentence: September 8, 2017   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: César de Castro
Counsel's Address: The Law Firm of César de Castro, P.C.
7 World Trade Center, 34th Floor, NY, NY 10007
Counsel's Phone: 646.200.6166 / 646.285.2077

Assistant U.S. Attorney: Kan Nawaday
AUSA's Address: One St. Andrew's Plaza
New York, New York 10007
AUSA's Phone: 212.637.2311

Signature